**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-2105

DENNIS L. DUNN,

        Plaintiff - Appellant,

     v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; UNITED STATES OF AMERICA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:18-cv-00699-MHL)

Submitted:  March 24, 2022                  Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis L. Dunn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis L. Dunn appeals the district court's order dismissing his second amended complaint alleging medical malpractice under the Federal Tort Claims Act. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] In light of our recent decision in *Pledger v. Lynch*, 5 F.4th 511, 517-24 (4th Cir. 2021), we conclude that the district court's dismissal based on the Virginia Medical Malpractice Act's expert certification requirement was erroneous. Nevertheless, we affirm the dismissal order on the district court's alternative ground that Dunn failed to file his complaint within six months of the denial of his administrative claim, as required by 28 U.S.C. § 2401(b), and he was not entitled to equitable tolling.